REGIONAL AGRICULTURAL CREDIT CORPORATION, Appellant, v. Carl Fred ANDERSON, Bankrupt.

No. 12400.

Circuit Court of Appeals, Eighth Circuit.

Jan. 12, 1943.

Powless W. Lanier, U. S. Atty., and Joseph P. Stevens, Asst. U. S. Atty., both of Fargo, N. D., for appellant.

William Lemke, of Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, pursuant to stipulation, without costs to either party in this Court.